948

Núm. 8536.—Robles, aplte. *v.* Laverne, *apldo.*—C. D. Humacao. Julio 28, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el demandado apelado ha presentado moción de desestimación basada en la falta de jurisdicción de la Corte de Distrito de Humacao sobre la presente acción a tenor de lo dispuesto por el artículo 91 de la Ley Núm. 70 de 1917.

Por cuanto, el citado artículo 91 de la referida ley le confiere jurisdicción exclusiva a la Corte de Distrito de San Juan sobre *injunctions* para modificar, suspender, detener o anular alguna orden de la Comisión de Servicio Público.

Por cuanto, en el presente recurso el peticionario-apelante, por medio de un procedimiento de *injunction,* ha tratado de dejar sin efecto una franquicia concedida por la Comisión de Servicio Público, siendo aplicable por lo tanto el referido artículo 91 al caso de autos.

Por tanto, se desestima por frívolo el recurso con costas al peticionario apelante, sin incluir honorarios de abogado.

En los siguientes casos el Tribunal se negó a desestimar por frívolos los recursos por no estar o haber quedado convencido de que lo fueran o porque claramente no lo son:

Núms. 8452, 8501, 8502 y 8537.

Núm. 8335.—Ortiz, apldo. *v.* Palmer et al., apltes.—C. D. Ponce. *Mandamus.* Junio 23, 1942.

Núm. 8336.—Finlay, apldo. *v.* Palmer et al., apltes.—C. D. Ponce. Junio 23, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, la parte apelada en mayo 20, 1942 archivó una moción notificada a los apelantes el día anterior, solicitando la desestimación del recurso por no haberse tramitado con la debida diligencia por el hecho de que los apelantes no habían radicado su alegato a pesar de las prórrogas concedidas, moción a la que se opusieron los apelantes y cuya vista se celebró sin asistencia de la partes en el día de ayer;

Por cuanto, los apelantes han radicado su alegato dentro del término de la última prórroga que les fué concedida.

Por tanto, no ha lugar a la desestimación solicitada.

El Juez Asociado Sr. Travieso no intervino.